JOHN F. KELLY
Attorney at Law #163883
406 Ninth Avenue, Suite 303
San Diego, California 92101
619-231-3097
JFKLaw@cs.com

Attorney for JOSE JIMENEZ-IBARRA

FILED
FEB 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Case No. 08MJ8057 |
| v. | SUBSTITUTION OF ATTORNEY |
| JOSE JIMENEZ-IBARRA, Defendant. | |

Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter as his counsel of record in place of: __Martin Molina__.

Dated: 2/7/08

_____
Jose Jimenez-Ibarra
Defendant

Dated: 2/7/08

_____
John F. Kelly
Attorney for Defendant

I consent to the above substitution:

Dated: Feb 2, 2008

_____
Martin Molina
Attorney at Law