FILED
FEB 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08MJ8057 |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| JOSE JIMENEZ-IBARRA, | ) | |
| Defendant. | ) | |

## ORDER

IT IS HEREBY ORDERED that John F. Kelly be substituted as attorney of record in this matter.

DATED:

_____
United States Magistrtate Court Judge